DEBRA G. FLETTRICH AND

PHILIP J. FLETTRICH, IV

VERSUS

PAUL J. HUBBEL III, MD AND

SOUTHERN PAIN AND

ANESTHESIA CONSULTANTS, LLC

NO. 25-C-314

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

August 18, 2025

Susan Buchholz
Chief Deputy Clerk

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

IN RE PAUL J. HUBBEL III, MD AND SOUTHERN PAIN AND ANESTHESIA CONSULTANTS, LLC

APPLYING FOR  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NANCY A. MILLER, DIVISION "I", NUMBER 810-117

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

**WRIT DENIED**

Defendants/Applicants, Paul Hubbell, III, M.D. and Southern Pain and Anesthesia Consultants, LLC, seek supervisory review of the trial court's judgment denying their Peremptory Exception of Prescription and Dilatory Exception of Prematurity.

Under the particular facts of this case and on the showing made, we decline to exercise our supervisory jurisdiction. Defendants have an adequate remedy on appeal. If necessary, this Court would also have the benefit of a full record to evaluate the parties' claims.

Defendants' application for supervisory writs is denied.

Gretna, Louisiana, this 18th day of August, 2025.

**SUS**
**JGG**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/18/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-C-314**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Joseph D. Thigpen (Relator)                     Bruce A. Cranner (Relator)

### MAILED

Nelson W. Wagar, III (Respondent)      Thomas B. Calvert (Respondent)       Magdalena Majka (Relator)
Sarah W. Hickman (Respondent)          Attorney at Law                      Attorney at Law
Attorney at Law                        3850 North Causeway Boulevard        68031 Capital Trace Row
1401 West Causeway Approach             Suite 940                           Mandeville, LA 70471
Mandeville, LA 70471                    Metairie, LA 70002